No. 77–765.  WADSWORTH, ADMINISTRATOR, NEW HAMPSHIRE EMPLOYERS' BENEFIT TRUST ET AL. *v.* WHALAND, COM-

MISSIONER, DEPARTMENT OF INSURANCE OF NEW HAMPSHIRE; and

No. 77–772. DAWSON, ADMINISTRATOR, NORTHERN NEW ENGLAND CARPENTERS HEALTH AND WELFARE FUND ET AL. *v.* WHALAND, COMMISSIONER, DEPARTMENT OF INSURANCE OF NEW HAMPSHIRE. C. A. 1st Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.